IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CLIO HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10080 (BLS)<br>(Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee of Clio Holdings, LLC, *et al.*,<br><br>Plaintiff,<br><br>v. | |
| ALLIANCE INTERNATIONAL LLC and DO IT BEST CORP. | Adv. Proc. No. 22-50053 (BLS) |
| LENNAR CORPORATION | Adv. Proc. No. 22-50054 (BLS) |

## INTERIM STATUS REPORT REGARDING ADVERSARY PROCEEDINGS

Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned debtors (collectively, the "Debtors"), by and through his undersigned special litigation counsel, and pursuant to the Scheduling Order entered on April 11, 2022, hereby submits the following status report for the above-captioned adversary proceedings. This report has been shared with counsel for the defendants.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of the federal tax identification number for each of the Debtors, where applicable are: Clio Holdings, LLC (7850); Clio Intermediate, LLC (2791); Top Master Acquisition, LLC (2670); Granite Source Acquisition, LLC (1334); Solid Surfaces, Inc. (7057); USM Acquisition, LLC (8119); Premier Surfaces Acquisition, LLC (4563).

{01801464;v1 }

Dated: May 20, 2022

**ASHBY & GEDDES, P.A.**

*/s/ Stacy L. Newman*
Don Beskrone (DE Bar No. 4380)
Stacy L. Newman (DE Bar No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email(s): dbeskrone@ashbygeddes.com
              snewman@ashbygeddes.com

*Special Litigation Counsel to the Chapter 7 Trustee*

{01801464;v1 }             2

| DEFENDANT | ADV. PROC. NO. | STATUS |
|---|---|---|
| **STATUS A – SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED AND DISCOVERY IS UNDERWAY:** | | |
| Lennar Corporation | 22-50054 (BLS) | Answer filed on 2/14/2022 [Adv. D.I. 4]. Parties have provided initial disclosures and discovery is underway. Fact discovery shall be completed by 8/22/2022. |
| **STATUS B – SETTLED/DISMISSED:** | | |
| Alliance International LLC and Do It Best Corp. | 22-50053 (BLS) | Settled; Stipulation of Voluntary Dismissal filed on 4/26/2022 [Adv. D.I. 13]; Case closed on 4/27/2022. |